**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SHANTERRA JACKSON**                                                                               **PLAINTIFF**

**V.**                                                            **NO. 3:24-CV-152-DMB-JMV**

**TOWN OF COMO, MISSISSIPPI, et al.**                                    **DEFENDANTS**

**ORDER OF RECUSAL**

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 18th day of December, 2024.

                                                     /s/Debra M. Brown
                                                     **UNITED STATES DISTRICT JUDGE**