IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHANTERRA JACKSON                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 3:24-CV-152-GHD-JMV

WILLIS MCNEIL                                                         DEFENDANT


## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' joint stipulation of dismissal [73] to dismiss all remaining claims asserted herein with prejudice, finds that this matter should be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE, and this case is CLOSED, with each party to bear its own costs and attorneys' fees.

SO ORDERED, this the 9ᵗʰ day of February, 2026.

_____
SENIOR U.S. DISTRICT JUDGE